[No. 64515-3-I. Division One. March 28, 2011.]

STATE FARM FIRE & CASUALTY COMPANY, *Respondent*, v. KWING ON NG ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-22252-5, Cheryl B. Carey, J., entered October 23, 2009. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Grosse and Becker, JJ.

[No. 64804-7-I. Division One. March 28, 2011.]

CHRISTIANA NJOKU, *Appellant*, v. SEATTLE SCHOOL DISTRICT NO. 1, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-22738-3, Steven C. Gonzalez, J., entered December 16, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Lau, JJ.

[Nos. 64812-8-I; 65012-2-I. Division One. March 28, 2011.]

BERSCHAUER PHILLIPS CONSTRUCTION COMPANY, *Appellant*, v. CONCRETE SCIENCE SERVICES OF SEATTLE, LLC, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King County, No. 04-2-05087-1, Brian D. Gain, J., entered January 11, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Cox and Leach, JJ.

[No. 64826-8-I. Division One. March 28, 2011.]

HILLCREST MEDIA, LLC, *Appellant*, v. FISHER COMMUNICATIONS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-27624-2, Michael J. Fox, J., entered December 18, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, A.C.J., and Lau, J.